IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO INTEGRATION INC., | |
|     Plaintiff, | No. C 06-02496 JSW |
| v. | |
| NAPC, INC., | **ORDER SETTING BRIEFING SCHEDULE** |
|     Defendant. | |

This matter is set for a hearing on June 30, 2006 on Defendant NAPC, Inc.'s motion to dismiss, or in the alternative, to transfer.  The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than Friday, May 26, 2006 and Defendant's reply brief shall be filed by no later than Friday, June 2, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE