SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, Seventeenth Floor
San Francisco, California  94111
Telephone:      415-434-9100
Facsimile:      415-434-3947
E-mail:          nsmith@sheppardmullin.com
E-mail:          nbruno@sheppardmullin.com

Attorneys for Plaintiff IO INTEGRATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO INTEGRATION, INC., a California corporation, | Case No. C 06-2496 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING DATES PENDING STIPULATED DISMISSAL OF ACTION |
| v. | Honorable Jeffrey S. White United States District Judge |
| NAPC, INC., a Massachusetts corporation, | |
| Defendants. | |

1

**STIPULATION**

2

3          WHEREAS, the parties expect to file a stipulation for dismissal with prejudice of

4  this action as soon as reasonably possible following the imminent formal dismissal with prejudice

5  of a similar action involving the parties in the District of Massachusetts;

6

7          WHEREAS, the parties expect they will be able to file said stipulation for dismissal

8  with prejudice of this action within 30 days of the date of this Stipulation;

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
STIPULATION AND [PROPOSED] ORDER VACATING DATES PENDING
STIPULATED DISMISSAL OF ACTION
Case No. C 06-2496 JSW

1    NOW, THEREFORE, IT IS HEREBY STIPULATED, BY AND BETWEEN THE

2  PARTIES, THROUGH THEIR COUNSEL OF RECORD, THAT all motion, briefing, or other

3  dates currently scheduled in this action shall be vacated pending the filing of the parties'

4  stipulation for dismissal with prejudice of this action, except that the Case Management

5  Conference currently set for August 11, 2006 and any deadlines pertaining thereto shall be kept on

6  calendar until such time as the parties are able to formally file their stipulation for dismissal with

7  prejudice of this action.

8

9    SO STIPULATED.

10

11

12  Respectfully submitted:
     DATED:  May 26, 2006

13

14               SHEPPARD MULLIN RICHTER & HAMPTON LLP

15               By     /s/Nathaniel Bruno

16                          NEIL A. SMITH
                            NATHANIEL BRUNO

17               Attorneys for IO INTEGRATION, INC.

18

19

20

21  Respectfully submitted:
     DATED:  May 26, 2006

22

23               DUDNICK DETWILER RIVIN & STIKKER LLP

24               By     /s/William C. Wilka

25                          WILLIAM C. WILKA

26               Attorneys for NAPC, INC.

27

28

-2-
STIPULATION AND [PROPOSED] ORDER VACATING DATES PENDING
STIPULATED DISMISSAL OF ACTION
Case No. C 06-2496 JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that opposing counsel (DUDNICK DETWILER RIVIN & STIKKER LLP) has concurred in this filing.


Respectfully submitted:
DATED:  May 26, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By        /s/Nathaniel Bruno
                NEIL A. SMITH
                NATHANIEL BRUNO

        Attorneys for IO INTEGRATION, INC.

W02-WEST:6NB1\400004331.1
STIPULATION AND [PROPOSED] ORDER VACATING DATES PENDING
STIPULATED DISMISSAL OF ACTION
Case No. C 06-2496 JSW

1

## <u>ORDER</u>

2          In accordance with the above Stipulation of the parties which is incorporated herein

3  by reference, and with good cause appearing therefor, the Court orders as follows:

4

5          1.      IT IS HEREBY ORDERED THAT all pending motion, briefing, or other

6  dates currently scheduled in this action are hereby vacated, except that the Case Management

7  Conference currently set for August 11, 2006 and any deadlines pertaining thereto shall be kept on

8  calendar until such time as the parties are able to formally file a stipulation for dismissal with

9  prejudice of this action.

10

11          **IT IS SO ORDERED.**

12

13

14

15  Dated: __ June 2, 2006          _          _____

16                                                          Honorable District Judge Jeffrey S. White

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:6NB1\400004331.1                    STIPULATION AND [PROPOSED] ORDER VACATING DATES PENDING
                                              STIPULATED DISMISSAL OF ACTION
                                              Case No. C 06-2496 JSW